UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x

Stefan Jeremiah,

                    Plaintiff(s),    :

        -against-                     :

R. W. Express, LLC                    :
                    Defendant(s).     :

--------------------------------------x

25 cv 8092 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than April 3, 2026 of the status of the action/remaining claims/defendants.


SO ORDERED.


_____

LORETTA A. PRESKA,

Senior U.S.D.J.


Dated: March 26, 2026

New York, New York